KATHLEEN J. ENGLAND, NV Bar No. 206
**GILBERT & ENGLAND LAW FIRM**
610 South Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 529-2311
E-mail: kengland@gilbertenglandlaw.com

MARGARET A. MCLETCHIE, NV Bar No. 10931
**MCLETCHIE LAW**
701 East Bridger Avenue, Suite 520
Las Vegas, Nevada 89101
Phone: (702) 728-5300
E-mail: maggie@nvlitigation.com
*Attorneys for Plaintiff Jessica Ream*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA REAM,<br>　　　　　Plaintiff,<br>v.<br>HAKKASAN LIMITED, a foreign corporation; HAKKASAN LV LLC, a domestic limited-liability company; HAKKASAN HOLDINGS LLC, a domestic limited liability company; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br>　　　　　Defendants. | Case No.: 2:18-cv-01410-APG-PAL<br><br>**(THIRD) STIPULATION AND ORDER TO CONTINUE AND RESET 12/10/18 EARLY NEUTRAL EVALUATION SESSION TO 1/17/19** |

Plaintiff JESSICA REAM ("Plaintiff") and Defendants HAKKASAN LIMITED, HAKKASAN LV LLC, AND HAKKASAN HOLDINGS, LLC ("Defendants"), by and through their respective counsel of record, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED that, at the initiation of Plaintiff's undersigned counsel, the Early Neutral Evaluation Session which is currently set for December 10, 2018 at 9:00 a.m. by ECF No. 21 before United States Magistrate Judge George Foley, Jr. be vacated due to the unavailability of undersigned Plaintiff's counsel which recently occurred;

IT IS FURTHER STIPULATED that based on the available dates provided by the Court, this Early Neutral Evaluation Session may now be re-scheduled by the Court to **9 a.m., January 17, 2019,** a date and time all parties and their counsel have confirmed they are available. With this resetting, the parties will be submitting their confidential written ENE statements for the Court's *in camera* review by January 10, 2019 and agree to comply with all other aspects of the Court's (original) ORDER Scheduling the Early Neutral Evaluation (ECF No. 21.)

IT IS SO STIPULATED.

DATED this 15th day of November, 2018.    DATED this 15th day of November, 2018.

*/s/ Kathleen J. England*  
KATHLEEN J. ENGLAND, NV Bar No. 206  
**GILBERT & ENGLAND LAW FIRM**  
610 South Ninth Street  
Las Vegas, Nevada 89101  

*/S/ HILARY B. MUCKLEROY*  
PATRICK H. HICKS, NV BAR NO. 4632  
HILARY B. MUCKLEROY, NV BAR NO. 9632  
**LITTLER MENDELSON, P.C.**  
3960 Howard Hughes Parkway, Suite 300  
Las Vegas, NV 89169-5937  

MARGARET A. MCLETCHIE, NV Bar No. 10931  
**MCLETCHIE LAW**  
701 East Bridger Avenue, Suite 520  
Las Vegas, Nevada 89101  

*Attorneys for Defendants, Hakkasan Limited, Hakkasan LV LLC, Hakkasan Holdings LLC*

*Attorneys for Plaintiff Jessica Ream*

**ORDER**

IT IS SO ORDERED.

Dated this 16th day of November, 2018.

GEORGE F. FOLEY, JR  
UNITED STATES MAGISTRATE JUDGE